PS8
(8/88)

# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs Robert Hockman                                  Docket No. 1:19CR03113-004JB

Petition for Action on Conditions of Pretrial Release

COMES NOW **Krystle Avrit** PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of **Robert Hockman** who was placed under pretrial release supervision by the Honorable Kirtan Khalsa, United States Magistrate Judge, sitting in the court at **Albuquerque, New Mexico**, on April 27, 2021, with conditions which included the following:

1. (6): The defendant is placed in the custody of Four Winds Behavioral Health in Rio Rancho, New Mexico, who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance to all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

2. 7(m): The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defining in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.

3. 7(o): The defendant must participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

On May 12, 2021, Pretrial Services was contacted and informed that the defendant will be administratively discharged from the Four Winds Behavioral Health for disengagement and lack of effort in treatment. The defendant admitted to unlawfully bringing suboxone into the facility and providing positive urine tests for suboxone.

PRAYING THAT THE COURT WILL ORDER A WARRANT FOR THE DEFENDANT'S ARREST

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 13, 2021

_____
Krystle Avrit
United States Probation Officer
Place: Albuquerque, New Mexico