# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Initial Appearance

| | |
|---|---|
| Case Number: 19-3113 JB | UNITED STATES vs. Hockman |
| Hearing Date: 5/17/2021 | Time In and Out: 10:18 am-10:23 am |
| Courtroom Deputy: C. Lopez | Courtroom: ABQ Zoom |
| Defendant: Robert Hockman | Defendant's Counsel: Tom Clark |
| AUSA: Sasha Siemel | Pretrial/Probation: Krystal Avrit |
| Interpreter: | Witness: |

## Initial Appearance
- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant currently has Court appointed counsel
- ☒ Government moves to detain     ☐ Government does not recommend detention
- ☒ Set for Preliminary Revocation/Detention Hearing   on Wednesday, May 19, 2021   @ 9:30 am via ZOOM

## Preliminary/Show Cause/Identity
- ☐ Defendant
- ☐ Court finds probable cause     ☐ Court does not find probable cause

## Detention
- ☐ Defendant waives Detention Hearing
- ☐

## Custody Status
- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other
- ☒ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to        for Final Revocation Hearing
- ☐