IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. <u>19-3113-JB</u> |
| ) | |
| vs. ) | |
| ) | |
| **ROBERT PADILLA, ET AL,** ) | |
| ) | |
| Defendant. ) | |

NOTICE OF ENTRY OF APPEARANCE

The United States of America notifies the Court that RANDY M. CASTELLANO, Assistant United States Attorney, hereby enters his appearance as co-counsel on behalf of the United States.

The United States requests that all notices, pleadings, and correspondence regarding this case also be delivered to the attention of RANDY M. CASTELLANO.

        Respectfully submitted,

        ALEXANDER M.M. UBALLEZ
        United States Attorney

        */s/   Electronically Filed 1/17/24*
        RANDY M. CASTELLANO
        Assistant United States Attorney
        200 N. Church Street
        Las Cruces, NM 88001
        (575) 522-2304 - Tel.
        (575) 522-2391 - Fax

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record.

*/s/   Electronically Filed 1/17/24*
RANDY M. CASTELLANO
Assistant United States Attorney