UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: 19-3113-004 JB | | USA vs.: HOCKMAN | |
| Date: 11/12/2024 | | Name of Deft: Robert Hockman, a.k.a. "Tony" | |
| Before the Honorable: | James O. Browning | | |
| Time In/Out: | 2:30 pm – 3:15 pm | Total Time in Court (for JS10): | 45 minutes |
| Clerk: | L. Rotonda | Court Reporter: | J. Bean |
| AUSA: | Elaine Ramirez | Defendant's Counsel: | Thomas Clark (appointed) |
| Sentencing in: | Albuquerque | Interpreter: | N/A |
| Probation Officer: | Ana Ortiz y Martinez | Interpreter Sworn? | Yes    No |

| | | | | | | |
|---|---|---|---|---|---|---|
| Convicted on: | **x** Plea | Verdict | As to: | **x** Information | | **x** Indictment |
| If Plea: | **x** Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | 1, 2, 10 of Indictment; 1 of Information | | |
| If Plea Agreement: | **x** Accepted | Not Accepted | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: 4/27/2021 | PSR: **x** Not Disputed | Disputed | **x** Courts adopts PSR Findings | | | |
| Evidentiary Hrg: **x** Not Needed | Needed | Exceptions to PSR: | | | | |

| | |
|---|---|
| **SENTENCE IMPOSED**  Imprisonment (BOP): | 57 months is imposed as to each of Counts 1, 2, and 10 of the Indictment, and 60 months is imposed as to the Information; said Counts will run consecutively, for a total term of 117 months. |
| Supervised Release: 3 years is imposed as to each of Counts 1, 2, and 10 of the Indictment, and 5 years is imposed as to the Information; said Counts will run concurrently, for a total term of 5 years. | Probation: |
| REC **x** 500-Hour Drug Program    BOP Sex Offender Program    Other: | |
| ICE    Court recommends ICE begin removal proceedings immediately or during service of sentence    ICE not applicable | |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for     months     days |
| | Comply with ICE laws and regulation | **x** | Community service for **40** hours during supervised release. |
| **x** | Participate in/successfully complete subst abuse program/testing | **x** | Reside halfway house **180** days |
| **x** | Participate in/successfully complete mental health program | | Register as sex offender |
| | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| **x** | Submit to search of person/property | | Possess no sexual material |
| | No contact with victim(s) and/or co-defendant(s) | | Comply with Computer Restriction Monitoring Program (CRMP). |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| **x** | Waive right of confidentiality and allow the treatment provider to release treatment records | | Restricted from occupation with access to children |
| **x** | Must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning, whether or not intended for human consumption. | | Must not go or remain within 100 feet of school yards, parks, playgrounds, arcades, or other places used primarily by children under the age of 18 years |
| | Must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). | | If defendant is unemployed - Must participate in an educational or vocational services program and follow the rules and regulations of that program |
| **x** | OTHER:    You must submit to substance abuse testing to determine if you have used a prohibited substance. Testing shall not exceed more than 60 test(s) per year. Testing may include urine testing, the wearing of a sweat patch, and/or any form of prohibited substance screening or testing. You must not attempt to obstruct or tamper with the substance abuse testing methods. You may be required to pay all, or a portion, of the costs of the testing.  You must not use or possess alcohol. You may be required to submit to alcohol testing that may include urine testing, a remote alcohol testing system, and/or an alcohol monitoring technology program to determine if you have used alcohol. Testing shall not | | |

| | exceed more than 4 test(s) per day. You must not attempt to obstruct or tamper with the testing methods. You may be required to pay all, or a portion, of the costs of the testing.<br><br>You shall waive your right of confidentiality and allow the treatment provider to release treatment records to the probation officer and sign all necessary releases to enable the probation officer to monitor your progress. The probation officer may disclose the presentence report, any previous mental health evaluations and/or other pertinent treatment records to the treatment provider.<br><br>You must not communicate, or otherwise interact, with codefendant(s)/coconspirator(s) without prior approval of the probation officer. |
|---|---|

| Fine: | $ | 0.00 | | Restitution: | $ | 0.00 | | |
|---|---|---|---|---|---|---|---|---|
| SPA: | $ | 400.00 | | Payment Schedule: | x | Due Immediately | | Waived |

| OTHER: | Consistent with a stipulation in the Plea Agreement, the defendant forfeits his rights, title, and interest to all items outlined in paragraph 17 of the written plea agreement, sections a. through e. |
|---|---|

| x | Advised of Right to Appeal | x | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| x | Held in Custody | | Voluntary Surrender |
| x | Recommended place(s) of incarceration: | | The Court recommends that the Defendant be designated for placement at FCI Petersburg, VA, if appropriate; the Court further recommends that the Defendant be permitted to remain at Cibola County Detention Facility in New Mexico until January 1, 2025. |
| | Dismissed Counts: | | |

| OTHER COMMENTS: | Court calls case, counsel enter appearances. Court addresses Defendant regarding documents prepared by Probation in matter, Defendant confirms having reviewed same. Defense Counsel addresses Court regarding sole issue as to content of PSR, indicates does not agree with calculation as to time served to date. USPO indicates is working to identify date of arrest, will complete calculations after information is identified. Court queries counsel regarding issues identified during previous setting, counsel respond to Court's queries. AUSA addresses Court regarding government's motion, argues in support of same. Defense Counsel responds to same. Court indicates will grant motion. Defense Counsel addresses Court regarding requested sentence. Court queries Defense Counsel regarding cases referenced at earlier hearing. Defendant declines opportunity to allocute. Court queries AUSA regarding government's interpretation of cases cited, AUSA responds to Court's queries. AUSA addresses Court regarding government's position as to appropriate disposition of matter. Court states proposed sentence. Counsel confirm no further argument or comment. Court queries USPO regarding calculation as to time served to date, USPO responds to Court's queries. Court confirms will use calculation for purposes of submitting PSR to BOP. Court confirms will include BOP recommendation in accordance with Defendant's request. Court orders sentence imposed as stated. |
|---|---|